**JS-6**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FAZAL WAJID,<br><br>Petitioner,<br><br>v.<br><br>ERNESTO SANTACRUZ JR. ET AL.,<br><br>Respondents. | Case No. 5:26-cv-04034-AYP<br><br>JUDGMENT |

IT IS ADJUDGED that the petition for writ of habeas corpus is GRANTED.

Dated: October 20, 2026

HON. ANNA Y. PARK
UNITED STATES MAGISTRATE JUDGE